IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE ESTATE OF MARY SUE WELSH, C/O MARTIN EUGENE WELSH, P.R. | * | |
| | * | |
| Plaintiff, | | |
| | * | Case No: 1:19-cv-00988-CCB |
| v. | | |
| | * | |
| MICHAELS STORES, INC., *et al.* | | |
| | * | |
| Defendants. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their undersigned counsel, hereby stipulate that all claims in the above-captioned action **against Defendant Kimco Realty Corporation are DISMISSED WITH PREJUDICE.**

Respectfully Submitted,

_____/s/_____
Matthew T. Angotti (Bar No. 5949)
Ariana K. DeJan-Lenoir (Bar No. 20522)
ANDERSON, COE & KING, LLP
Seven Saint Paul Street, Suite 1600
Baltimore, MD 21202
(t) 410-752-1630 | (f) 410-752-0085
angotti@acklaw.com | dejanlenoir@acklaw.com
*Attorneys for Kimco Realty Corporation*


_____/s/_____
Patrick G. Cullen, Esq. (Bar No. 00750)
920 Providence Road
Suite 405
Towson, MD 21286
pat.cullen@office-associates.com
*Attorney for Plaintiff*
(signed by Ariana DeJan-Lenoir with permission of Patrick G. Cullen)

Approved. 8/18/20
Catherine C. Blake
United States District Judge

     /s/
Chad R. Murchison (Bar No. 16293)
Kevin Thomas Streit (pro hac vice)
C. Stephen Setliff (pro hac vice)
Eli Jason S. Mackey (pro hac vice)
SETLIFF LAW, P.C.
4940 Dominion Boulevard
Glen Allen, Virginia 23060
Tel: (804) 377-1260
Fax: (804) 377-1280
cmurchison@setlifflaw.com
ssetliff@setlifflaw.com
jmackey@setlifflaw.com
*Counsel for Defendant Michaels Stores, Inc.*
(signed by Ariana DeJan-Lenoir with permission of Jason Mackey)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August 2020, a copy of the Stipulation of Dismissal was electronically served via CM/ECF upon all counsel of record:

     /s/
Ariana K. DeJan-Lenoir (Federal Bar No. 20522)