IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE ESTATE OF MARY SUE WELSH <br> C/O MARTIN EUGENE WELSH, P.R. <br><br> v. <br><br> MICHAELS STORES, INC., et al. | * <br><br> * <br><br> Civil No. CCB-19-988 <br><br> * |

\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The court has been advised that Michaels Stores, Inc. has determined not to pursue collection of the attorneys' fees preliminarily awarded to it in this case. All defendants previously have been dismissed or had summary judgment entered in their favor.

Accordingly, it is hereby Ordered that:

1. the complaint is Dismissed as to defendants The Michaels Companies, Inc., and Kimco Realty Corporation;

2. judgment is Entered in favor of defendants Snowden 156, LLC, and Michaels Stores, Inc.; and

3. the Clerk shall Close this case.

|  |  |
|---|---|
| 7/21/21 | /S/ |
| Date | Catherine C. Blake <br> United States District Judge |